UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARILYN OZOLS,<br>PLAINTIFF, | :<br>:<br>: Civil No. 3:01cv482 (AVC)<br>:<br>:<br>V.                              : October 9, 2003<br>:<br>UNITED STATES OF AMERICA, ET AL.  :<br>DEFENDANTS.               : |

## DEFENDANT'S MOTION FOR EXTENSION OF THE ORDER REGARDING PRETRIAL BRIEFS

Pursuant to Rule 7 of the Local Rules of Civil Procedure, the Defendant, United States of America, through its undersigned counsel, hereby respectfully requests an extension of the deadlines set forth in the Pretrial Order. Specifically, the Defendant seeks a thirty (30) day extension from the Settlement Conference, which is scheduled to commence before Magistrate Judge Smith on December 17, 2003, to January 16, 2004 in which to submit the Joint Trial Memorandum.

By way of background, this is a personal injury action brought by the Plaintiff, Marilyn Ozols, for injuries she allegedly sustained as a result of slipping and falling at the Westbrook Post Office in Westbrook, Connecticut on October 30, 1999.

Defendant submits this motion for extension on two bases. First, due to conflicting schedules, the parties still have one remaining deposition to complete. The deposition of Dr. Todd Mailly, the Defendant's expert witness, is scheduled to commence on October 22, 2003. The parties may wish to include Dr. Mailly's deposition testimony in their Pre-Trial Memorandum.

Second, a settlement conference before Magistrate Judge Smith is scheduled to commence on December 17, 2003. The extension sought would permit the parties an opportunity to engage in settlement discussions to determine if the matter can be settled before completing the Joint Pre-Trial Memorandum.

This is the first request for an extension of time with regard to this deadline. Both counsel for the Plaintiff and counsel for the Co-Defendant, Westbrook concur in the granting of this extension of time.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        BRENDA M. GREEN
        ASSISTANT UNITED STATES ATTORNEY
        P.O. BOX 1824
        NEW HAVEN, CT 06508
        (203) 821-3700
        FEDERAL BAR NO. ct19538

## CERTIFICATION

This is to certify that a copy of the within and foregoing Motion to Extend Discovery Deadlines has been mailed, this 9TH /14th day of October, 2003, to:

ROBERT I. REARDON, JR., ESQ.
SCOTT CAMASSAR, ESQ.
THE REARDON LAW FIRM
160 HEMPSTEAD ST.
P.O. DRAWER 1430
NEW LONDON, CT 06320


ANDREW DEWEY, ESQ.
BAIO & ASSOCIATES
15 ELM ST.
ROCKY HILL, CT 06067

                                      BRENDA M. GREEN
                                      ASSISTANT U.S. ATTORNEY