UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARILYN OZOLS,<br>PLAINTIFF, | : | |
| | : | Civil No. 3:01cv482 (AVC) |
| V. | : | October 9, 2003 |
| UNITED STATES OF AMERICA, ET AL.<br>DEFENDANTS. | : | |

### DEFENDANT'S MOTION FOR EXTENSION OF THE ORDER REGARDING PRETRIAL BRIEFS

Pursuant to Rule 7 of the Local Rules of Civil Procedure, the Defendant, United States of America, through its undersigned counsel, hereby respectfully requests an extension of the deadlines set forth in the Pretrial Order. Specifically, the Defendant seeks a thirty (30) day extension from the Settlement Conference, which is scheduled to commence before Magistrate Judge Smith on December 17, 2003, to January 16, 2004 in which to submit the Joint Trial Memorandum.

By way of background, this is a personal injury action brought by the Plaintiff, Marilyn Ozols, for injuries she allegedly sustained as a result of slipping and falling at the Westbrook Post Office in Westbrook, Connecticut on October 30, 1999.

Defendant submits this motion for extension on two bases. First, due to conflicting schedules, the parties still have one remaining deposition to complete. The deposition of Dr. Todd Mailly, the Defendant's expert witness, is scheduled to commence on October 22, 2003. The parties may wish to include Dr. Mailly's deposition testimony in their Pre-Trial Memorandum.

*Alfred V. Covello, U.S.D.J.*

October 20, 2003. GRANTED.
SO ORDERED.