UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar   FILED

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room S258    DISTRICT COURT
                                     HARTFORD CT

December 17, 2003

10:00 a.m.

3-01-cv-482   (AVC) Ozols v USA
-----------------------------------------------------------

SETTLEMENT CONFERENCE

    COUNSEL OF RECORD:

| | |
|---|---|
| Claudia A. Baio | Baio & Associates, 15 Elm St., Rocky Hill, CT 860-571-8880 |
| Scott D. Camassar | Gordon, Muir & Foley, 10 Columbus Blvd., Hartford, CT 860-525-5361 |
| Andrew M. Dewey | Baio & Associates, 15 Elm St., Rocky Hill, CT 860-571-8880 |
| Mark A. Dubois | The Reardon Law Firm, 160 Hempstead St., Po Drawer 1430, New London, CT 860-442-0444 |
| Brenda M. Green | U.S. Attorney's Office, 157 Church St., PO Box 1824 23rd Floor, New Haven, CT 203-821-3700 |
| Robert I. Reardon Jr. | The Reardon Law Firm, 160 Hempstead St., Po Drawer 1430, New London, CT 860-442-0444 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*[Handwritten:]* Conf. held w/ TPS - Case settled
Time: 1½ hrs