UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARILYN OZOLS

       v.                                    CASE NO. 3:01CV00482(AVC)

UNITED STATES OF AMERICA
and R.R. WESTBROOK, INC.

## JUDGMENT

Counsel of record having reported to the Court on December 17, 2003 that the above-entitled case had been settled on December 17, 2003, and no closing papers having been filed to date; it is hereby

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 30th day of January, 2004.

KEVIN F. ROWE, CLERK

By    /s/ JW
      Jo-Ann Walker
      Deputy Clerk

EOD: