UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARILYN OZOLS, <br> PLAINTIFF, | : <br> : <br> : <br> : Civil No. 3:01cv482(AVC) <br> : <br> : |
| V. | : December 19, 2003 |
| UNITED STATES OF AMERICA, ET AL. <br> DEFENDANTS. | : <br> : <br> : |

## STIPULATION OF DISMISSAL

It is hereby stipulated that the above-captioned cause of action may be dismissed with prejudice, each party to bear its costs and attorney's fees.

Executed this 10th day of February, 2004.

_____
Marilyn Ozols
Plaintiff

_____
Brenda M. Green
Attorney for Defendant,
United States of America

_____
Robert I. Reardon, Jr., Esq.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid to:

ROBERT I. REARDON, JR., ESQ.
SCOTT CAMASSAR, ESQ.
THE REARDON LAW FIRM
160 HEMPSTEAD ST.
P.O. DRAWER 1430
NEW LONDON, CT 06320

CLAUDIA BAIO, ESQ.
ANDREW DEWEY, ESQ.
BAIO & ASSOCIATES
15 ELM ST.
ROCKY HILL, CT 06067

BRENDA M. GREEN
ASSISTANT U.S. ATTORNEY