UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARILYN OZOLS,<br>    PLAINTIFF, | :<br>:<br>: Civil No. 3:01cv482 (AVC)<br>:<br>: |
| V. | : December 19, 2003 |
| UNITED STATES OF AMERICA, ET AL.<br>    DEFENDANTS. | :<br>:<br>: |

## STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between Marilyn Ozols, plaintiff, and the United States of America, defendant, by and through their respective attorneys as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. The United States of America, defendant, agrees to pay the plaintiff the sum of one hundred fifty thousand dollars ($150,000.00), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims for wrongful death, for which plaintiff or her, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

3. Plaintiff and her heirs, executors, administrators or assigns hereby agree to accept the sum of one hundred fifty thousand dollars ($150,000.00), in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America, its agents, servants and employees on account of the same subject matter that gave rise to the above-captioned lawsuit, including any future claim for wrongful death. Plaintiff and her heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the United States of America, its agents, servants, and employees from any and all such cases of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by plaintiff or her heirs, executors, administrators or assigns against any third party or against the United States, including claims of wrongful death.

4. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by both parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5. It is also agreed, by and among the parties, that the settlement amount of one hundred fifty thousand dollars ($150,000.00) represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorney's fees owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

6. It is also understood by and among the parties that pursuant to Title 28, United States Code, Section 2678, attorney's fees for services rendered in connection with this action shall not exceed 25 per centum of the amount of the compromise settlement.

7. Payment of the settlement amount will be made by a check drawn on the Treasury of the United States for one hundred fifty thousand dollars ($150,000.00) and made payable to Marilyn Ozols, plaintiff, and Robert Reardon, Jr., Esq., plaintiff's attorney. The check will be mailed to plaintiff's attorney at the following address: The Reardon Law Firm, 160 Hempstead Street, P.O. Drawer 1430, New London, Connecticut 06320. Plaintiff's attorney agrees to distribute the settlement proceeds to the plaintiff.

8. In consideration of the payment of one hundred fifty thousand dollars ($150,000.00) as set forth above, plaintiff agrees that she will cause her attorney to execute and file with the court such documents as shall be necessary to cause the above-styled action to be dismissed with prejudice from the docket of the court.

Executed this 9th day of January, 2004.

_____
Marilyn Ozols
Plaintiff

_____
Brenda M. Green
Attorney for Defendant,
United States of America

_____
Robert I. Reardon, Jr., Esq.
Attorney for Plaintiff

3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulation of Compromise Settlement has been mailed, postage prepaid to:

ROBERT I. REARDON, JR., ESQ.
SCOTT CAMASSAR, ESQ.
THE REARDON LAW FIRM
160 HEMPSTEAD ST.
P.O. DRAWER 1430
NEW LONDON, CT 06320

CLAUDIA BAIO, ESQ.
ANDREW DEWEY, ESQ.
BAIO & ASSOCIATES
15 ELM ST.
ROCKY HILL, CT 06067

BRENDA M. GREEN
ASSISTANT U.S. ATTORNEY

4