UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARILYN OZOLS,
    PLAINTIFF,

Civil No. 3:01cv482 (AVC)

V.

December 19, 2003

UNITED STATES OF AMERICA, ET AL.
    DEFENDANTS.

## STIPULATION OF DISMISSAL

It is hereby stipulated that the above-captioned cause of action may be dismissed with prejudice, each party to bear its costs and attorney's fees.

Executed this 10th day of February, 2004.

_____
Marilyn Ozols
Plaintiff

_____
Brenda M. Green
Attorney for Defendant,
United States of America

_____
Robert I. Reardon, Jr., Esq.
Attorney for Plaintiff

February 13, 2004.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2004 FEB 13 P 4:40
U.S. DISTRICT COURT
HARTFORD, CT