UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARILYN OZOLS, <br> PLAINTIFF, | : <br> : <br> : Civil No. 3:01cv482 (AVC) <br> : <br> : <br> V. | : December 19, 2003 <br> : <br> UNITED STATES OF AMERICA, ET AL. : <br> DEFENDANTS. | : |

## STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between Marilyn Ozols, plaintiff, and the United States of America, defendant, by and through their respective attorneys as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. The United States of America, defendant, agrees to pay the plaintiff the sum of one hundred fifty thousand dollars ($150,000.00), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims for wrongful death, for which plaintiff or her, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

February 13, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.