FILED

2004 MAR 10 P 2: 57

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT DISTRICT COURT
HARTFORD, CT.

MARILYN OZOLS
    Plaintiff,

v.                                  CASE NUMBER: 3:01CV482 (AVC)

UNITED STATES OF AMERICA and
R.R. WESTBROOK, INC.
    Defendants                       FEBRUARY 17, 2004

## STIPULATION OF DISMISSAL

It is hereby stipulated that the above referenced action may be dismissed with prejudice, each party to bear its costs and attorney's fees.

Executed this ____ day of February, 2004.

_____
Robert I. Reardon, Jr., Esquire
Attorney for the Plaintiff

_____ 3/9/04
Andrew M. Dewey, Esquire
Attorney for the Defendant, R.R. Westbrook, Inc.

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 9th day of ~~February~~ March, 2004 to all counsel of record as follows:

Robert Reardon, Jr., Esquire
The Reardon Law Firm, P.C.
160 Hempstead Street
P. O. Drawer 1430
New London, CT 06320

Assistant U.S. Attorney Brenda M. Green
915 Lafayette Boulevard, Rm. 309
Bridgeport, CT 06604

_____
Andrew M. Dewey