FILED

2004 MAR 10 P 2: 57

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARILYN OZOLS<br>Plaintiff, | |
| v. | CASE NUMBER: 3:01CV482 (AVC) |
| UNITED STATES OF AMERICA and<br>R.R. WESTBROOK, INC.<br>Defendants | FEBRUARY 17, 2004 |

### STIPULATION OF DISMISSAL

It is hereby stipulated that the above referenced action may be dismissed with prejudice, each party to bear its costs and attorney's fees.

Executed this ____ day of February, 2004.

_____
Robert I. Reardon, Jr., Esquire
Attorney for the Plaintiff


_____ 3/9/04
Andrew M. Dewey, Esquire
Attorney for the Defendant, R.R. Westbrook, Inc.

FILED
2004 MAR 11
U.S. DISTRICT COURT
HARTFORD

KEVIN F. ROWE
Clerk, U.S. District Court
By _____ Deputy Clerk

OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580